return of the property, either party may apply for a supplemental accounting of the moneys received and expended between the date of this judgment and the date upon which said property is returned. At any time after the entry of this interlocutory judgment the plaintiff may give a bond, with sufficient sureties, in the sum of $80,000, conditioned for the payment of the amount found due to Powers & Mansfield or Powers & Mansfield Company, upon the accounting. This bond to be approved by a Justice of the Supreme Court. Upon its approval the defendants shall deliver to the company the road and its equipment and the other property specified in the original judgment. If such bond be given and the property turned back, then the referee shall upon the accounting ascertain the amount received and reasonably expended to the time of the actual return of the property. Costs of this reference to be paid as shall be directed by the final judgment. The judgment, as modified, to be settled before COCHRANE, J.

CAMPBELL, Respondent, v. CAMPBELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by George D. Campbell against Patrick F. Campbell and others. No opinion. Judgment and order affirmed, with costs.

CARPENTER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Thomas H. Carpenter against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

CARPENTER et al., Respondents, v. KLEIN, Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Joseph N. Carpenter and others against Josephine Klein. S. Sultan, for appellant. E. L. Mooney, for respondents. No opinion. Order affirmed with costs. Order filed.

CARR, Appellant, v. CARR, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Lida E. Carr against Frank J. Carr. No opinion. Appeal dismissed, without costs, on appellant's default. See, also, 117 N. Y. Supp. 1130.

In re CARSWELL. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of the application of Trabue Carswell for admission to the bar. Application granted.

CARTER v. BUILDERS' CONTRACTING CO. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by William Carter against the Builders' Contracting Company. No opinion. Motion to modify order denied, with $10 costs. Settle order on notice. See, also, 130 App. Div. 609, 115 N. Y. Supp. 339.

CASSIDY et al., Appellants, v. BECKER, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by John C. Cassidy, as trustee, etc., and others, against Dewitt C. Becker, impleaded. No opinion. Order affirmed, with $10 costs and disbursements.

CELONA, Appellant, v. LOVERDI et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Henry S. Celona against Francesco Loverdi and others. No opinion. Motion to dismiss appeal granted, with costs.

CENTRAL TRUST CO. OF NEW YORK v. JOLINE et al. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by the Central Trust Company of New York against Adrian H. Joline and another, impleaded. T. W. Morris, for appellants. J. M. Bowers, for respondent. No opinion. Judgment affirmed, with one bill of costs of appeal. Order filed.

In re CHADSEY. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of the application of Nathan B. Chadsey for admission to the bar. Application granted, and order signed.

CHAMBERLAIN, Respondent, v. CHAMBERLAIN, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Estelle A. Chamberlain against Frederick F. Chamberlain. W. Chilvers, for appellant. H. A. Vieu, for respondent. No opinion. Order modified, by striking out provision for alimony, and, as modified, affirmed, without costs. Order filed.

In re CHAPPELL. (Supreme Court, Appellate Division, First Department. February, 1909.) In the matter of Everett T. Chappell. No opinion. Hearing set for Friday, February 19th, at 10:30 a. m. See memorandum per curiam, 131 App. Div. 69, 115 N. Y. Supp. 868.

CHARBONNEAU, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Lionel Charbonneau against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Charbonneau v. Nassau Electric R. Co., 123 App. Div. 531, 108 N. Y. Supp. 105.

CHILDS, Respondent, v. CHILDS, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Irving W. Childs against Eversley Childs, individually, etc. W. W. Niles, for appellant. E. R. Leavitt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.